UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------ x

UNITED STATES OF AMERICA          :

       v.                                  :      Criminal No.:  3:15-cr-77 (SRU)

BARCLAYS PLC,                              :

       Defendant.              :      July 8, 2015

------------------------------------------------------------ x

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO AUTHORIZE ALTERNATIVE VICTIM NOTIFICATION PROCEDURES PURSUANT TO 18 U.S.C. § 3771(d)(2)**

The United States of America, by and through the undersigned attorneys for the Department of Justice, respectfully submits this memorandum in support of its motion pursuant to 18 U.S.C. § 3771(d)(2) for an order adopting a reasonable procedure for providing notice to crime victims as provided for under the Crime Victims' Rights Act, 18 U.S.C. § 3771.

On May 20, 2015, Defendant waived indictment and pled guilty to a one-count Information in accordance with the terms of an executed Plea Agreement submitted to the Court for its approval pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C).  The Court heard the plea but reserved its decision whether to accept the Plea Agreement until after receipt of additional information regarding the recommended sentence.  Given the impracticability of providing individual notice to each potential victim directly or proximately harmed by the charged conspiracy for each public court proceeding, on May 20, 2015, the Government filed a Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2) asking the Court to adopt a "reasonable procedure" for providing notice to crime

victims in this case (18 U.S.C. § 3771(d)(2)) and, more specifically, to authorize the Government to do the following:

(i)  Provide reasonable notice of the proceeding on the Internet, at a publically accessible website for the Antitrust Division, http://www.justice.gov/atr.  The information regarding any public proceeding in this matter will be timely posted on a specified page on the Antitrust Division's website, which can be accessed at http://www.justice.gov/atr/victim/vrhearings.htm.

(ii) Notify, in writing, lead counsel for the plaintiffs in the civil litigations referenced in the May 20, 2015 motion.[1]

Defendant has not filed a response to the motion but has informed the Government, and agreed that the Government may represent to the Court, that Defendant has no objection to the motion.  Accordingly, the Government respectfully requests that the Court grant its Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2).

Respectfully submitted,

UNITED STATES DEPARTMENT OF JUSTICE,
ANTITRUST DIVISION


By:__/S/ Joseph Muoio_____
JOSEPH MUOIO, Trial Attorney
26 Federal Plaza, Room 3630
New York, NY 11201
Tel: (212) 335-8007
Email: joseph.muoio@usdoj.gov

---

[1] Additional related civil actions have been filed in the United States District Court for the Southern District of New York subsequent to the filing of the Government's May 20, 2015 motion and are similarly before United States District Judge Lorna G. Schofield pending possible consolidation.  The Government proposes providing written notice to lead counsel for all such cases.

<u>CERTIFICATION</u>

I hereby certify that on July 8, 2015, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/S/ Joseph Muoio_____
Joseph Muoio
Trial Attorney
U.S. Department of Justice, Antitrust Division